IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>WATTS & BROWNING ENGINEERS, INC.,<br><br>    Defendant. | Civil Action No.<br><br>1:20-cv-03927-CAP-LTW<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between plaintiff Amber Edwards and defendant Watts & Browning Engineers, Inc., pursuant to Rule 41(a) of the Federal Rules Civil Procedure, that the above-styled civil action be dismissed *with prejudice*. Each party shall be responsible for its own costs incurred in this action**.**

*[Signatures on following page.]*

Respectfully submitted the 19th day of April, 2021.

| | |
|---|---|
| /s/ *Adian R. Miller*_____ | */s/ Jessica C. Lawrence*_____ |
| Adian R. Miller | JOHN R. LOWERY |
| Georgia Bar No. 794647 | Georgia Bar No. 460175 |
| BARRETT & FARAHANY | JESSICA C. LAWRENCE |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 141275 |
| Atlanta, GA 30309 | MOZLEY, FINLAYSON & LOGGINS LLP |
| (404) 214-0120 | 1050 Crown Pointe Parkway, Suite 1500 |
| adian@justiceatwork.com | Atlanta, Georgia 30338-7704 |
| *Attorney for Plaintiff* | Tel: (404) 256-0700 |
| | jlowery@mfllaw.com |
| | jlawrence@mfllaw.com |
| | *Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMBER EDWARDS,<br><br>　Plaintiff,<br><br>v.<br><br>WATTS & BROWNING ENGINEERS, INC.,<br><br>　Defendant. | Civil Action No.<br><br>1:20-cv-03927-CAP-LTW<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed *Stipulatipon of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Lowery
jlowery@mfllaw.com
Jessica C. Lawrence
jlawrence@mfllaw.com

Respectfully submitted the 19th day of April, 2021.

**BARRETT & FARAHANY**

　s/ *Adian R. Miller*
Adian R. Miller
Georgia Bar No. 794647